# EXHIBIT 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-412-761**
**Effective Date of Registration:**
August 01, 2024
**Registration Decision Date:**
September 16, 2024

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** April 12, 2024 to April 30, 2024

### Title

**Title of Group:** Seamless underwire bra1
Seamless underwire bra2
Seamless underwire bra3
Seamless underwire bra4
Seamless underwire bra5
Seamless underwire bra6
Seamless underwire bra7
Seamless underwire bra8
Seamless underwire bra9
Seamless underwire bra10
Seamless underwire bra11
Seamless underwire bra12
Seamless underwire bra13
Seamless underwire bra14
Seamless underwire bra15
Seamless underwire bra16
Seamless underwire bra17

**Number of Photographs in Group:** 17

### Completion/Publication

**Year of Completion:** 2024
**Earliest Publication Date in Group:** April 12, 2024
**Latest Publication Date in Group:** April 30, 2024
**Nation of First Publication:** United States

### Author

- **Author:** Hexin Holding Limited
  **Author Created:** photographs

**Work made for hire:** Yes
**Citizen of:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** Hexin Holding Limited
FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713
NATHAN ROAD, MONGKOK, KLN, HONG KONG, HONG KONG

## Rights and Permissions

**Organization Name:** Hexin Holding Limited
**Name:** Zhennan Xu
**Email:** legal@hexincorp.com
**Telephone:** +8617759205973
**Address:** FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713
NATHAN ROAD, MONGKOK, KLN, HONG KONG
HongKong Hong Kong

## Certification

**Name:** ZhennanXu
**Date:** August 28, 2024

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



































# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-374-589**

**Effective Date of Registration:**
November 10, 2023
**Registration Decision Date:**
December 11, 2023

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** June 01, 2023 to June 01, 2023

### Title

**Title of Group:** Lace suspender skirt
**Number of Photographs in Group:** 30

- **Individual Photographs:** Lace suspender skirt001, Lace suspender skirt002, Lace suspender skirt003, Lace suspender skirt004, Lace suspender skirt005, Lace suspender skirt006, Lace suspender skirt007, Lace suspender skirt008, Lace suspender skirt009, Lace suspender skirt010, Lace suspender skirt011, Lace suspender skirt012, Lace suspender skirt013, Lace suspender skirt014, Lace suspender skirt015, Lace suspender skirt016, Lace suspender skirt017, Lace suspender skirt018, Lace suspender skirt019, Lace suspender skirt020, Lace suspender skirt021, Lace suspender skirt022, Lace suspender skirt023, Lace suspender skirt024, Lace suspender skirt025, Lace suspender skirt026, Lace suspender skirt027, Lace suspender skirt028, Lace suspender skirt029, Lace suspender skirt030

**Published:** June 2023

### Completion/Publication

**Year of Completion:** 2023
**Earliest Publication Date in Group:** June 01, 2023
**Latest Publication Date in Group:** June 01, 2023
**Nation of First Publication:** United States

## Author

- **Author:** POPILUSH,LLC
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** POPILUSH,LLC
1715 ENDEAVOR DR WILLIAMSBURG, VA 23185-6239, Williamsburg, VA, 23185, United States

## Rights and Permissions

**Organization Name:** POPILUSH,LLC
**Name:** Rongqing Xu
**Email:** legal@hexincorp.com
**Telephone:** +8617759205973
**Address:** 1715 ENDEAVOR DR WILLIAMSBURG, VA 23185-6239
WILLIAMSBURG, VA 23185 United States

## Certification

**Name:** RongqingXu
**Date:** November 10, 2023

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.





























































# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-378-997**
**Effective Date of Registration:**
November 14, 2023
**Registration Decision Date:**
January 17, 2024

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** September 01, 2022 to September 01, 2022

### Title

**Title of Group:** Black bodysuit
**Number of Photographs in Group:** 9

- **Individual Photographs:** Black bodysuit001
Black bodysuit002
Black bodysuit003
Black bodysuit004
Black bodysuit005
Black bodysuit006
Black bodysuit007
Black bodysuit008
Black bodysuit009

**Published:** September 2022

### Completion/Publication

**Year of Completion:** 2022
**Earliest Publication Date in Group:** September 01, 2022
**Latest Publication Date in Group:** September 01, 2022
**Nation of First Publication:** United States

### Author

- **Author:** Hexin Holding Limited
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Hexin Holding Limited
FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK, KLN, HONG KONG, HongKong, China

## Rights and Permissions

**Organization Name:** Hexin Holding Limited
**Name:** Rongqing Xu
**Email:** legal@hexincorp.com
**Telephone:** +8617759205973
**Address:** FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713
NATHAN ROAD, MONGKOK, KLN, HONG KONG
HongKong China

## Certification

**Name:** RongqingXu
**Date:** November 14, 2023

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



















# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-274-861**
**Effective Date of Registration:**
November 03, 2021
**Registration Decision Date:**
November 09, 2021

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** July 12, 2021 to July 12, 2021

### Title

**Title of Group:** Black & Gray Shaper
**Number of Photographs in Group:** 9

### Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** July 12, 2021
**Latest Publication Date in Group:** July 12, 2021
**Nation of First Publication:** China

### Author

- **Author:** Hexin Holding Limited
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** Hong Kong
  **Domiciled in:** Hong Kong
  **Anonymous:** Yes

### Copyright Claimant

**Copyright Claimant:** Hexin Holding Limited
FLAT/RM A30, 9/F SILVERCORP INTERNATIONAL TOWER 707-713 NATHAN ROAD, MONGKOK HONG KONG, China

### Rights and Permissions

**Organization Name:** Hexin Holding Limite

**Address:** FLAT/RM A30
9/F SILVERCORP INTERNATIONAL TOWER 707-713 NATHAN ROAD
MONGKOK HONG KONG China

## Certification

**Name:** Scott H. Kaliko
**Date:** November 03, 2021
**Applicant's Tracking Number:** Hexin-003Copy

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



















# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-403-287**

**Effective Date of Registration:**
March 05, 2024
**Registration Decision Date:**
July 15, 2024

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** November 21, 2020 to November 21, 2020

### Title

**Title of Group:** slingback bodysuit
**Number of Photographs in Group:** 17

- **Individual Photographs:** slingback bodysuit001, slingback bodysuit002, slingback bodysuit003, slingback bodysuit004, slingback bodysuit005, slingback bodysuit006, slingback bodysuit007, slingback bodysuit008, slingback bodysuit009, slingback bodysuit010, slingback bodysuit011, slingback bodysuit012, slingback bodysuit013, slingback bodysuit014, slingback bodysuit015, slingback bodysuit016, slingback bodysuit017

**Published:** November 2020

### Completion/Publication

**Year of Completion:** 2020
**Earliest Publication Date in Group:** November 21, 2020
**Latest Publication Date in Group:** November 21, 2020
**Nation of First Publication:** United States

### Author

- **Author:** Hexin Holding Limited
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Hexin Holding Limited
FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713
NATHAN ROAD, MONGKOK, KLN, HONG KONG, HongKong, China

## Rights and Permissions

**Organization Name:** Hexin Holding Limited
**Name:** Rongqing Xu
**Email:** legal@hexincorp.com
**Telephone:** +8617759205973
**Address:** FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713
NATHAN ROAD, MONGKOK, KLN, HONG KONG
HongKong 999077 China

## Certification

**Name:** RongqingXu
**Date:** March 05, 2024

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

































